IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02414-MSK-CBS

JAMES L. CARRERO,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF'S OFFICE,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** Defendant's Unopposed Motion for Protective Order (Filed June 06, 2006, Docket No. **22**) is **GRANTED.**

    The Protective Order tendered to the court on June 06, 2006 is **ACCEPTED** for filing as of the date of the minute order.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2, parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure and the Local Rules of Practice in the United States District Court for the District of Colorado regarding execution of this Protective Order.

**DATED:**    June 7, 2006