**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  05-cv-02414-MSK-CBS** | FTR-Reporter Deck-Courtroom A402 |
| **Date: January 31, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

JAMES L. CARRERO,                                                Eric R. Coakley, via telephone

    **Plaintiff,**

    v.

GRAYSON ROBINSON, SHERIFF OF ARAPAHOE           Robin E. Cochran, via telephone
COUNTY, in his official capacity,                                      Ronald A. Carl, via telephone

    **Defendant.**

SANDRA PARKER-DRAPER,                                       Reid J. Elkus, via telephone

    **Interested Party.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in Session:        9:57 a.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding Sandra Parker-Draper's Motion for Protective Order Pursuant to Fed.R.Civ.P. Rule 26(c) [filed January 25, 2007; doc. 31].

**ORDERED:    Sandra Parker-Draper's Motion for Protective Order Pursuant to Fed.R.Civ.P. Rule 26(c) [filed January 25, 2007; doc. 31] is denied for the reasons stated on the record.**

**ORDERED:    Defendant's Unopposed Motion for Extension of Time [filed January 26, 2007; doc. 34] is granted.  The discovery deadline is extended to February 28, 2007 for the limited purpose of taking the remaining depositions.  The dispositive motion deadline is extended to March 30, 2007.**

HEARING CONCLUDED.

**Court in Recess:       10:28 a.m.**
Total In-Court Time:     00:31