IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02414-MSK-CBS

JAMES L. CARRERO,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF'S OFFICE,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Take Continuing Deposition of John Grayson Robinson Pursuant to FED.R.CIV.PRO. 30(a)(2) (*doc. no. 50)* is **DENIED**, without prejudice, for failure to provide a certificate showing compliance with D.C.COLOL.CIVR. 7.1A. and this Court's individual practice rule regarding discovery disputes.

**DATED:**     February 13, 2007