**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 05-cv-02414-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: February 14, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| JAMES L. CARRERO, | Eric R. Coakley, via telephone |
| | Steve M. Feder, via telephone |
| **Plaintiff,** | |
| v. | |
| GRAYSON ROBINSON, SHERIFF OF ARAPAHOE COUNTY, in his official capacity, | Robin E. Cochran, via telephone |
| | Ronald A. Carl, via telephone |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:   11:30 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:**   Defendant's Motion for Protective Order [February 14, 2007; doc. 58] is granted in part and denied in part for the reasons stated on the record. Plaintiff may continue the deposition of Sheriff Robinson, but the cumulative amount of time the deposition may last is seven (7) hours.

**ORDERED:**   Defendant's Motion for Protective Order [February 13, 2007; doc. 55] is granted for the reasons stated on the record. Written discovery will not be allowed absent a showing of good cause by plaintiff in a Motion to Serve Written Discovery.

**ORDERED:**   Defendant's Motion for Confidentiality Designation and Motion to File Documents Under Seal [filed February 1, 2007; doc. 39] is granted in part and denied in part for the reasons stated on the record. The motion for confidentiality designation is granted, and the motion to file documents under seal is denied without prejudice.

**ORDERED:** The Motion for Telephonic Conference as Required by this Court's Practice Standards [filed February 23, 2007; doc. 53] is denied as moot due to this conference.

HEARING CONCLUDED.

**Court in Recess:** **12:27 p.m.**
Total In-Court Time:   00:57