IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02414-MSK-CBS

JAMES L. CARRERO,

        Plaintiff,

v.

GRAYSON ROBINSON, SHERIFF OF ARAPAHOE COUNTY, in his official capacity,

        Defendant.

## ORDER

THIS MATTER is before the Court on the Motion to Withdraw **(#80)**. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#80) is GRANTED**. Eric R. Coakley is no longer counsel of record for the Plaintiff.

Dated this 5th day of April, 2007

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge